# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

TRAVETTE TARA VASSER, )
)
  Plaintiff, )
)
v. ) NO. 3:24-cv-00527
)
DMB AMESBURY SPRINGFIELD, LLC, et ) JUDGE CAMPBELL
al., ) MAGISTRATE JUDGE HOLMES
)
  Defendants.

## ORDER

Pending before the Court is the Magistrate Judge's Report (Doc. No. 99), which was filed on March 13, 2026, recommending that Defendants' motion for summary judgment be granted. Although the Court granted Plaintiff a 30-day extension to file objections (Doc. No. 104), as of the entry of this Order, Plaintiff has not filed any objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, Defendants' pending motion for summary judgment (Doc. No. 81) is **GRANTED**, and this case is **DISMISSED**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE